**SAO**
Brian Kunzi
District Attorney
State Bar No. 2173
Bradley Richardson
Chief Deputy District Attorney
State Bar No. 1159
Nye County District Attorney's Office
1520 East Basin Road, Suite 107
Pahrump, NV 89060
Tel: (775) 751-7080
Fax: (775) 751-4229
Email: brichardson@nyecountynv.gov
*Attorneys for Defendant Nye County*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLEM CHRISTOFFEL JACOBUS VENTER, an individual; ROBERT JAMES HUTCHISON, an individual<br><br>Plaintiffs,<br>vs.<br><br>NYE COUNTY, a political subdivision, of the State of Nevada<br><br>Defendant. | Case No.: 2:24-cv-00723-GMN-DJA<br><br>~~**STIPULATION AND**~~ **ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR RESPOND TO COMPLAINT**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs WILLEM CHRISTOFFEL JACOBUS VENTER and ROBERT JAMES HUTCHISON ("Plaintiffs") and Defendant NYE COUNTY ("Defendant"), collectively, "the Parties," by and through their counsel of record, that the deadline for Defendant to file its answer or a responsive pleading to the Complaint [ECF No. 1] shall be extended until Friday, July 26, 2024.

This is the first stipulation for extension of time for Defendant to file an answer or a responsive pleading to the Complaint. This extension of time is needed for Defendant to conduct

factual investigation; is limited to one week; and is sought by the Parties in good faith and not for reasons of delay.

Respectfully submitted on July 18, 2024.

| | |
|---|---|
| HUTCHISON & STEFFEN, PLLC | BRIAN T. KUNZI<br>NYE COUNTY DISTRICT ATTORNEY |
| /s/Brenoch R. Wirthlin<br>Brenoch R. Wirthlin (10282)<br>Peccole Professional Plaza<br>10080 Alta Drive, Suite 200<br>Las Vegas, NV 89145<br>Tel: (702) 385-2500<br>Email: bwirthlin@hutchlegal.com | /s/ Bradley Richardson<br>Bradley Richardson (1159)<br>Office of the Nye County District Attorney<br>1520 E. Basin Ave.<br>Pahrump, NV 89060<br>Tel: (775) 751-7080<br>Email: brichardson@nyecountynv.gov<br>*Attorneys for Defendant* |

Michael M. De Lee
DELEE LAW OFFICES, LLC
18 Power Line Road
Amargosa Valley, NV 89020
Tel: (775) 372-1999
Email: michael@deleelaw.com
*Attorneys For Plaintiffs*

**ORDER**

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 19, 2024