Brenoch R. Wirthlin, Esq. (10282)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Plaza
10080 Alta Drive No. 200
Las Vegas, Nevada 89145
Phone: (702) 385-2500
Fax: (702) 385-2086
email: bwirthlin@hutchlegal.com

Michael M. DeLee, Esq. (11948)
DeLEE LAW OFFICES, LLC
18 Power Line Rd.
Amargosa Valley, NV 89020
Phone: 775-372-1999
michael@deleelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLEM CHRISTOFFEL JACOBUS VENTER, an individual; ROBERT JAMES HUTCHISON, an individual<br><br>Plaintiffs,<br><br>v.<br><br>NYE COUNTY, a political subdivision of the State of Nevada,<br><br>Defendant. | Case No. 2:24-cv-00723<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE OPPOSITION TO MOTION TO DISMISS COMPLAINT**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs WILLEM CHRISTOFFEL JACOBUS VENTER and ROBERT JAMES HUTCHISON ("Plaintiffs") and Defendant NYE COUNTY ("Defendant" and with Plaintiffs referred to herein as the "Parties"), by and through undersigned counsel, that the deadline for Plaintiffs to file an opposition to

Defendant's Motion to Dismiss (the "Motion") filed herein on July 26, 2024 and currently pending before the Court, shall be extended to August 16, 2024.

This is the first stipulation for extension of time for Plaintiffs to file a responsive pleading to the Motion. This extension of time is needed for Plaintiffs to complete additional fact inquiries, is limited in length and therefore will not cause undue delay of these proceedings, and is sought by the Parties in good faith.

Respectfully submitted this 9th day of August, 2024.

| HUTCHISON & STEFFEN | BRIAN T. KUNZI |
| --- | --- |
| | NYE COUNTY DISTRICT ATTORNEY |
| /s/ Brenoch Wirthlin | /s/Brian Kunzi |
| Brenoch Wirthlin, Esq. | Brian T. Kunzi, Esq. |
| Nevada Bar No. 10282 | Nevada Bar No. 2173 |
| 10080 West Alta Drive, Suite 200 | 1520 East Basin Avenue, Suite 107 |
| Las Vegas, Nevada 89145 | Pahrump, Nevada 89060 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: August 13, 2024