BRIAN T. KUNZI
DISTRICT ATTORNEY
State Bar No. 2173
1520 East Basin Avenue, Suite 107
Pahrump, Nevada 89060
(775) 751-7080
Attorney for Defendant, Nye County

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLEM CHRISTOFFEL JACOBUS VENTER, an individual; ROBERT JAMES HUTCHISON, an individual<br><br>Plaintiffs,<br><br>v.<br><br>NYE COUNTY, a political subdivision of the State of Nevada<br><br>Defendant. | CASE NO.    2:24-CV-00723<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs WILLEM CHRISTOFFEL JACOBUS VENTER and ROBERT JAMES HUTCHISON ("Plaintiffs") and Defendant NYE COUNTY ("Defendant" and with Plaintiffs referred to herein as the "Parties") by and through undersigned counsel, that the deadline for Defendant's response to Plaintiff's Opposition to Defendant's Motion to Dismiss Complaint ("Response") filed on August 16, 2024 be extended one week to August 30, 2024.

This is the first stipulation for extension of time for Defendant to file a responsive pleading to Plaintiff's Response. This extension of time is needed for Defendant to complete

additional fact inquiries, is limited in length, and therefore will not cause undue delay of these proceedings and is sought by the Parties in good faith.

Respectfully submitted this 21st day of August, 2024.

| HUTCHISON & STEFFEN | BRIAN T. KUNZI |
| | NYE COUNTY DISTRICT ATTORNEY |
| /s/ *Brenoch Wirthlin* | /s/*Brian Kunzi* |
| Brenoch Wirthlin, Esq. | Brian T. Kunzi, Esq. |
| Nevada Bar No. 10282 | Nevada Bar No. 2173 |
| 10080 West Alta Drive, Suite 200 | 1520 East Basin Avenue, Suite 107 |
| Las Vegas, Nevada 89145 | Pahrump, Nevada 89060 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: August 22, 2024